# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5174                                September Term, 2005

06cv00995

Tyrone Hurt,
    Appellant

v.

U.S. Government,
    Appellee



Filed On:

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 12/28/06
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED SEP 1 4 2006
CLERK

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Ginsburg, Chief Judge, and Henderson and Griffith,
Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia, the brief filed by appellant, and the supplements thereto. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 30, 2006 be affirmed. The district court did not abuse its discretion in dismissing the action without prejudice for noncompliance with Fed. R. Civ. P. 8(a). See, e.g., Ciralsky v. CIA, 355 F.3d 661, 668 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk